UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Sasha Rizzo, on behalf of herself and all others similarly situated, | Civil File No. 3:17-cv-408-jdp |
| Plaintiff, | |
| v. | |
| Kohn Law Firm S.C., | |
| Defendant. | |

**PLAINTIFF RIZZO'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT INCLUDING MOTION FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARD FOR CLASS REPRESENTATIVE**

___

Please take notice that Plaintiff, Sasha Rizzo, hereby moves this Honorable Court for an entry of an Order:

1. Finally approving the Settlement Agreement reached between Plaintiff and Defendants (*ECF No. 78-1*);

2. Approving class counsels' requested fees in the amount of $87,520.99;

3. Approving costs in the amount of $11,589.25;

4. Approving a service award to Class Representative, Sasha Rizzo, in the amount of $4,000; and

5. Approving that if any funds should remain upon expiration of the 120-day check cashing deadline, any funds remaining are to be distributed to the Legal Action of Wisconsin as the *cy pres* recipient.

This Motion is based on Brief in Support of Plaintiff's Rizzo's Motion for final Approval of Class Action Settlement including Motion for Attorneys' Fees and Costs and Service Award for Class Representative.

Dated this 20th day of May 2019.

By: s/Thomas J. Lyons Jr.

Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #: 0249646
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 704-0907
Email: tommy@consumerjusticecenter.com

Thomas J. Lyons, Esq.
WI Attorney I.D. #:  1019127
LYONS LAW FIRM P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:   (651) 770-5830
Email: tlyons@lyonslawfirm.com

Joshua D. Christianson, Esq.
WI Attorney I.D. #:  1060033
CHRISTIANSON & FREUND, LLC
920 South Farwell Street
Eau Claire, WI 54701
Telephone: (715) 832-1800
Facsimile:  (888) 979-8101
Email: lawfirm@cf.legal

**ATTORNEYS FOR PLAINTIFF**